## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                        Case No. 1:21-cr-641-RCL

MICHAEL KENNETH MEONI,

*Defendant.*

## MEMORANDUM

The Amended Judgment and Amended Statement of Reasons just docketed in this case correct an ambiguity, identified by defense counsel, concerning defendant's restitution obligations. At the November 16, 2022 sentencing, defense counsel requested that the Court waive imposition of restitution based on defendant's inability to pay. The Court then signed and entered the original Judgment [62], which did not indicate any sort of waiver and included a restitution order proposed by the government, as well as the original Statement of Reasons [63], which erroneously indicated that restitution would not be imposed at all.

Restitution is mandatory in this case, regardless of ability to pay, pursuant to 18 U.S.C. § 2259(b)(4)(B)(i). The Court cannot waive imposition of a penalty that the statute requires. However, as indicated on the Judgment form, the Court may waive the requirement to pay interest on the restitution amount, pursuant to 18 U.S.C. § 3612(f)(3)(A). The Amended Judgment and Amended Statement of Reasons reflect that defendant is ordered to pay the mandatory restitution amount in full, but that the Court waives the interest requirement due to his inability to pay.

Date: April 24, 2023

Royce C. Lamberth
United States District Judge

1